IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:05-CR 23 (CAR) |
| HOWARD CLARK a/k/a "TEE" and ROBERT CAMPBELL a/k/a "L.C." | : VIOLATIONS: 21 U.S.C. §841(a)(1)<br>21 U.S.C. §841(a)(1)(B)(iii)<br>21 U.S.C. §841(a)(1)(C)<br>18 U.S.C. §2 |

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about February 6, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**HOWARD CLARK**
**a/k/a "TEE,"**

defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, intentionally, knowingly and willfully distribute a Schedule II controlled substance, to wit; a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an amount less than five (5) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO

That on or about February 15, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**HOWARD CLARK**
**a/k/a "TEE,"**

defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, intentionally, knowingly and willfully distribute a Schedule II controlled substance, to wit; a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an amount less than five (5) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about March 5, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**HOWARD CLARK**
**a/k/a "TEE,"**

defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, intentionally, knowingly and willfully distribute a Schedule II controlled substance, to wit; a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an in excess of five (5) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT FOUR

That on or about March 19, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**HOWARD CLARK**
**a/k/a "TEE,"**

defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, intentionally, knowingly and willfully distribute a Schedule II controlled substance, to wit; a mixture containing a detectable amount of cocaine base, also known

as crack cocaine, in an in excess of twenty (20) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

### COUNT V

That on or about April 15, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**HOWARD CLARK**
**a/k/a "TEE"**
**and**
**ROBERT CAMPBELL**
**a/k/a "L.C.,"**

defendants herein, aided and abetted by each other and by other persons, known and unknown to the Grand Jury, did unlawfully, knowingly and willfully distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an amount in excess of five (5) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and Title 18, United States Code, Section 2.

### COUNT VI

That on or about April 17, 2005, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT CAMPBELL**
**a/k/a "L.C.,"**

defendant herein, aided and abetted by other persons, known and unknown to the Grand Jury, did unlawfully, intentionally, knowingly and willfully distribute a Schedule II controlled substance, to wit; a mixture containing a detectable amount of cocaine base, also known as crack cocaine, in an in excess of five (5) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:05-CR-___(CAR) |
| | : |
| HOWARD CLARK a/k/a "TEE" | : VIOLATIONS:    21 U.S.C. §841(a)(1) |
| and | :                               21 U.S.C. §841(a)(1)(B)(iii) |
| ROBERT CAMPBELL a/k/a "L.C." | :                               21 U.S.C. §841(a)(1)(C) |
| _____ | :                               18 U.S.C. §2 |

## P L E A

I, **HOWARD CLARK,** having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _____ this ____ day of _____, 2005.

_____
HOWARD CLARK
DEFENDANT


_____
ATTORNEY FOR DEFENDANT


_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:05-CR-___(CAR) |
| | : |
| HOWARD CLARK a/k/a "TEE" | : VIOLATIONS:  21 U.S.C. §841(a)(1) |
| and | :                         21 U.S.C. §841(a)(1)(B)(iii) |
| ROBERT CAMPBELL a/k/a "L.C." | :                         21 U.S.C. §841(a)(1)(C) |
| _____ | :                         18 U.S.C. §2 |

## P L E A

I, **ROBERT CAMPBELL**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _____ this ____ day of _____, 2005.


_____
ROBERT CAMPBELL
DEFENDANT


_____
ATTORNEY FOR DEFENDANT


_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Georgia
### Athens Division

THE UNITED STATES OF AMERICA

v.

Howard Clark a/k/a "Tee" and
Robert Campbell a/k/a "L.C."

## INDICTMENT

21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(A)(iii)
18 U.S.C. §2

A true bill.

_____ Foreperson

Filed in open court this _16th_ day,
Of _June_ A.D. 20 _05_

_____ Clerk
            Deputy

Bail, $ _____