# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Initial appearances on three cases 3:05-cr-20 USA v Fred Hunter, Nick Rowe and DAn Watkins; 3:05-cr-22 USA v Wayne McKenley and James Hill and 3:05-cr-23 USA v Robert Campbell and Howard Clark |
| **Date** 7 / 8 /2005 | **Location** CR-B |

| Time | Speaker | Note |
|---|---|---|
| 11:36:38 AM | Judge Lawson | calls on AUSA Michael Denard to call case |
| 11:36:55 AM | | USA v Nick Rowe 3:05-cr-20; |
| 11:37:28 AM | Michael Dennard | AUSA, states charge and maximum penalty; |
| 11:37:47 AM | Lester Miller | CJA defense counsel, present with Deft; |
| 11:38:02 AM | Michael Dennard | recommends bond of $15,000-10%; |
| 11:38:16 AM | Judge Lawson | sets bond at $15,000-10% to secure; travel restriction and prob supervision; |
| 11:39:41 AM | Michael Dennard | AUSA calls USA v Fred Hunter 3:05-cr-20; |
| 11:40:46 AM | | states charge and maximum penalty; |
| 11:40:55 AM | Larry Fouche | CJA defense counsel, present with Deft; |
| 11:41:37 AM | Michael Dennard | AUSA recommends $15,000-10%; |
| 11:41:51 AM | Judge Lawson | sets bond at $15,000-10%, travel restriction and probation supervision, subject to alcohol/drug testing, etc. |
| 11:43:05 AM | Michael Dennard | USA v Dan Watkins 3:05-cr-20; |
| 11:43:25 AM | | states charge and maximum penalty; recommends bond of $15,000-10%; |
| 11:43:41 AM | David Mann | CJA defense counsel, present with Deft; |
| 11:43:53 AM | Judge Lawson | sets bond at $15,000-10%, travel restriction and prob supervision, subject to rules and regulations; |
| 11:45:15 AM | Michael Dennard | USA v Robert Campbell 3:05-cr-23; |
| 11:45:36 AM | | states charge and maximum penalty; recommends bond of $15,000-10%; |
| 11:46:19 AM | Larry Fouche | CJA defense counsel, present with Deft; |
| 11:46:34 AM | Judge Lawson | sets bond at $15,000-10% , travel restriction; |
| 11:47:45 AM | Michael Dennard | USA v Howard Clark 3:05-cr-23; |
| 11:48:06 AM | | states charge and maximum penalty; recommends bond of $15,000-10%; |
| 11:48:24 AM | Lester Miller | CJA defense counsel, present with Deft; |
| 11:49:07 AM | Judge Lawson | sets bond at $15,000-10%; |
| 11:50:16 AM | Michael Dennard | USA v James Jerome Hill 3:05-cr-22; states charge and maximum penalty; recommends bond of $15,000-10%; |
| 11:51:29 AM | Deft Hill | waives counsel for today; |
| 11:51:42 AM | Michael Dennard | publishes Waiver of counsel; |
| 11:52:41 AM | Judge Lawson | sets bond at $15,000-10%; travel restricted and probation supervision; |
| 11:55:12 AM | Michael Dennard | USA v Wayne McKinley 3:05-cr-22; |
| 11:55:33 AM | | states charge and maximum penalty; recommends bond of $15,000-10%; |
| 11:55:52 AM | Laura Hogue | CJA defense counsel, present with Deft; |

| 11:56:03 AM | Judge Lawson | sets bond at $15,000-10% to secure; travel restricted to St of GA; probation supervision, alcohol/drug screening, etc. |
| 12:02:41 PM | Judge Lawson | court is adjourned. |