05.20· 0617 1225 E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, :
:
VS. :
: CASE NO. 3:05-CR-23-CAR
ROBERT CAMPBELL a/k/a "L.C." :
: WARRANT FOR ARREST
Defendant :

To: The United States Marshal, Middle District of Georgia
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT CAMPBELL a/k/a "L.C." and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court

[ ] Violation Notice    [ ] Probation Violation Petition

charging him/her with Distribution of More Than 5 Grams of Cocaine Base in violation of United States Code Section 21:841(a)(1); 21:841(a)(1)(B)(iii); and 18:2.
Dated at Macon Georgia, this June 17, 2005.
WITNESS THE HONORABLE JUDGES OF THIS COURT.

GREGORY J. LEONARD, CLERK

BY: _____
Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____.

| Date Received 06.17.05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 07-02-05 | WS ROBERTSON SDUSM | W J Robertson |