# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

UNITED STATES OF AMERICA          :
                                  : DOCKET NO. 3:05-CR-23CAR)
          VS.                     :
                                  :
                                  :
HOWARD CLARK                      : **NOTICE**
and ROBERT CAMPBELL          :
                                  :
_____ :

TO:    Lester Miller                    Larry W. Fouche'
       Attorney at Law                  Attorney at Law
       P.O. Box 66601                   P.O. Box 246
       Macon, Georgia  31208-4077       Macon, Georgia 31202-0246
       Attorney for Howard Clark        Attorney for Robert Campbell

       Take notice that the following proceedings have been set at the location, on the date, and time set forth below:

| Type of Proceeding: ARRAIGNMENT | |
|---|---|
| **Location:**<br><br>United States Courthouse<br>475 Mulberry Street<br>1st Floor, Courtroom C<br>Macon, Georgia | **Date and Time:**<br><br>July 25, 2005<br>2:30 PM |
| **Additional Information:** | |

        This 14th day of July, 2005.

                              MAXWELL WOOD
                              U.S. ATTORNEY


                     BY:    s/TAMARA A. JARRETT
                            Georgia Bar No. 389629
                            Assistant U.S. Attorney
                            United States Attorney's Office
                            Middle District of Georgia
                            P.O. Box 1702
                            Macon, Georgia 31202
                            (478) 752-3511

**CERTIFICATE OF SERVICE**

I, TAMARA A. JARRETT, Assistant United States Attorney, hereby certify that on the 14th day of July, 2005, I electronically filed the within and foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lester Miller
Attorney at Law
P.O. Box 66601
Macon, Georgia 31208-4077
Attorney for Howard Clark

Larry W. Fouche'
Attorney at Law
P.O. Box 246
Macon, Georgia 31202-0246
Attorney for Robert Campbell

MAXWELL WOOD
U.S. ATTORNEY

BY: s/TAMARA A. JARRETT
Georgia Bar No. 389629
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511