**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : DOCKET NO. 3:05-CR-23CAR) |
| VS. | : |
| | : |
| ROBERT CAMPBELL | : **NOTICE** |
| | : |

TO:  Robert Campbell                     Larry W. Fouche'
     260 Hemlock Drive                   Attorney at Law
     Athens, Georgia 30601               P.O. Box 246
                                         Macon, Georgia 31202-0246
                                         Attorney for Robert Campbell

Take notice that the following proceedings have been set at the location, on the date, and time set forth below:

| **Type of Proceeding:** ARRAIGNMENT | |
|---|---|
| **Location:**<br><br>United States Courthouse<br>475 Mulberry Street<br>1st Floor, Courtroom C<br>Macon, Georgia | **Date and Time:**<br><br>August 1, 2005<br>2:30 PM |
| **Additional Information:** | |

This 25th day of July, 2005.

                                                G.F. PETERMAN, III
                                              ACTING U.S. ATTORNEY

                          BY:   s/TAMARA A. JARRETT
                                  Georgia Bar No. 389629
                                  Assistant U.S. Attorney
                                  United States Attorney's Office
                                  Middle District of Georgia
                                  P.O. Box 1702
                                  Macon, Georgia 31202
                                  (478) 752-3511

## CERTIFICATE OF SERVICE

I, TAMARA A. JARRETT, Assistant United States Attorney, hereby certify that on the 25th day of July, 2005, I electronically filed the within and foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Larry W. Fouche'
> Attorney at Law
> P.O. Box 246
> Macon, Georgia 31202-0246
> E-mail:  lfouche@chrkglaw.com

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

> Robert Campbell
> 260 Hemlock Drive
> Athens, Georgia 30601

>> G.F. PETERMAN, III
>> ACTING U.S. ATTORNEY


BY:    s/TAMARA A. JARRETT
       Georgia Bar No. 389629
       Assistant U.S. Attorney
       United States Attorney's Office
       Middle District of Georgia
       P.O. Box 1702
       Macon, Georgia 31202
       (478) 752-3511