IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

Filed at 2:52 P.M
8·7·2005

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:05-CR-23(CAR) |
| HOWARD CLARK a/k/a "TEE" and ROBERT CAMPBELL a/k/a "L.C." | : VIOLATIONS: 21 U.S.C. §841(a)(1)<br>21 U.S.C. §841(a)(1)(B)(iii)<br>21 U.S.C. §841(a)(1)(C)<br>18 U.S.C. §2 |

## PLEA

I, **ROBERT CAMPBELL,** having been advised of my Constitutional rights, and having had the charges herein stated to me, plead *not guilty* this *1* day of *August*, 2005.

_____
ROBERT CAMPBELL
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY