# Law Offices of
# JAMES W. SMITH

260 College Avenue  
Athens, Georgia 30601

Phone: (706) 353-3300  
FAX:   (706) 354-4400

Jim Smith     (Home: 706-543-5068)

September 20, 2005

Honorable Kent Lawrence  
Clarke CO. St. Ct.  
300 East Washington St.  
Suite 425  
Athens, GA 30601

Honorable Lindsay Tise  
Northern Judicial Circuit  
P.O. Box 709  
Carnesville, Georgia 30521

Honorable Jerry Gray  
5000 Jackson Parkway  
Suite 250  
Jefferson, Georgia 30542

Honorable Steve C. Jones  
Clarke County Sup. Court  
P.O. Box 1623  
Athens, GA 30606

Honorable Lawton Stephens  
Clarke Co. Sup. Court  
P.O. Box 8064  
Athens, Ga 30603-8045

Honorable Craig Schwall  
Fulton County Superior Court  
185 Central Ave. SW  
Suite T5755  
Atlanta, Georgia 30303

Honorable Ashley Royal
United States District Court
P.O. Box 129
Macon, Georgia 31202

Honorable Kay Giese
Clarke County Municipal Court
P.O. Box 1750
Athens, Georgia 30601-1750

Honorable Patricia Barron
Clarke County Magistrate Court
325 East Washington Street
P.O. Box 1868
Athens, Georgia 30603

## CONFLICT LETTER-WEEK OF SEPTEMBER 26, 2005

### MONDAY, SEPTEMBER 26, 2005

RE: State vs. Bryan Sherrer, SU04CR1330, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. Lisa Gibson, SU04CR1894, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. Randall Smith, SU05CR0668, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. Antonio Brown, SU05CR0651, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. Anthony Bolton, SU05CR0578, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. April Bell, SU05CR0649, Clarke County Superior Court, Honorable Steve Jones, September 26, 2005, at 9:30a.m., for trial. **(1)**

State vs. Robert Berg, 04FCR237T, Franklin County Superior Court, Honorable Lindsay Tise, Jr., September 26, 2005, at 9:00a.m., for trial. **(2)**

State vs. Andreas Sims, ST05CR0900, Clarke County Superior Court, Honorable Kent Lawrence, September 26, 2005, at 8:30a.m., for trial. **(3)**

      State vs. Roy Douglas Waters, 04ST3071, Jackson County State Court, Honorable Jerry Gray, September 26, 2005, at 9:00a.m., for trial. **(4)**

      USA vs. Demarquemis Williams, 3:04CR032-1, United States District Court, Honorable Ashley Royal, September 26, 2005, at 9:00a.m., for pre-trial. **(5)**

      USA vs. Robert Campbell, 3:05CR23-2, United States District Court, Honorable Ashley Royal, September 26, 2005, at 9:00a.m., for pre-trial. **(5)**

## TUESDAY, SEPTEMBER 27, 2005

      State vs. Carl Wright, MU05-14704, Clarke County Municipal Court, Honorable Kay Giese, September 27, 2005, at 9:00a.m., for arraignment. **(1)**

      State vs. Brian Wise, MU05-16281, Clarke County Municipal Court, Honorable Kay Giese, September 27, 2005, at 9:00a.m., for arraignment. **(1)**

      Classic City OB/GYN vs. Wachovia Bank, National Association, and Lisa Rogers Gibson, SU05CV075-SW, September 27, 2005, at 10:00a.m., for deposition of Tammy Harris, at the Law Office of Cynthia Call **(2)**

      Athens Aquarium vs. Caroline Smith, MC01-CV-CV-05-0002128, Clarke County Magistrate Court, Honorable Patricia Barron, September 27, 2005, at 2:00p.m., for hearing. **(3)**

## WEDNESDAY, SEPTEMBER 21, 2005

      NO COURT APPEARANCES

## THURSDAY, SEPTEMBER 22, 2005

      NO COURT APPEARANCES

## FRIDAY, SEPTEMBER 23, 2005

      NO COURT APPEARANCES

Dear Judges:

      I am lead counsel for the parties in the matters listed above, which are scheduled for proceedings during the week of September 26, 2005. I certify that these matters can not be adequately handled, nor my clients' interests adequately protected, by other counsel. These conflicts are not yet rescheduled and I propose the following resolutions; in the order of priority specified by the applicable uniform rules: **CASES ARE NUMBERED IN ORDER**

OF PRIORITY.

    I shall keep all parties informed of other developments, however, unless I am instructed to do otherwise before then, I will attend court as listed above. I will try to maintain close contact with my office and will report to whatever court may request my appearance.

    With best regards, I am

                          Sincerely,

                          James W. Smith

JWS/dd
cc: Don Moore, Solicitor-General (Jackson County)
    Ken Mauldin, District Attorney (Clarke County)
    Morris Wiltshire, Solicitor-General (Clarke County)
    Robert Lavender, District Attorney (Franklin County)
    Tim Madison, District Attorney (Jackson County)
    Paul Howard, District Attorney (Fulton County)
    Maxwell Woods, United States Attorney Office (Southern District)

    Clerk, Clarke County Superior/State Court
    Clerk, Franklin County Superior Court
    Clerk, Fulton County Superior Court
    Clerk, United States District Court